BERSCHLER ASSOCIATES, PC
ARNOLD I. BERSCHLER, ESQ. (SBN 56557)
22 Battery Street, Ste. 888
San Francisco, CA 94111
415/398-1414

Attorney for Plaintiffs JAMES O. GOLLUB, et al.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JAMES O. GOLLUB, et al.,
    Plaintiffs,

v.

CITY OF SAUSALITO, et al.,
    Defendants.

Case No.: 3:18-CV-07386-JSC

**PROOF OF SERVICE**

I, Tony Klein, declare:

I am a Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the *Amended Summons & Amended Complaint; Standing Order for All Judges in the NDC - Contents of Joint Management Statement; Standing Order for Civil Cases Before Judge Vince Chhabria; Filing Procedures memo; ECF Registration Information; Notice of Assignment of Case to a US Magistrate Judge for Trial* to:

| | |
|---|---|
| **PARTY SERVED:** | WILLIAM PRICE a.k.a. BILL PRICE |
| **BUSINESS ADDRESS:** | 3501 Civic Center #308<br>San Rafael, CA 94903 |
| **DATE/TIME:** | July 22, 2019<br>12:44 PM |
| **MANNER OF SERVICE:** | ☒ Substituted Service, pursuant to CCP § 415.20(b) |

by attempting service at 3501 Civic Center, #275, San Rafael, CA on 7/19/19 at 3:55 PM – No answer. The office was closed, and part of the Marin County Probation Office. The Agency was not listed on the bldg. register. Attempted service on 7/19/19 @ 4:24 PM at 480 Gate 5 Rd., #200, Sausalito, CA. The Agency is no longer operating there.

    Service was effected by delivering the aforementioned documents to HILDA MOSER, Secretary to the Director, a person apparently in charge of the business/agency at the time of service. A copy was mailed to the defendant, postage fully prepaid, at that address on July 22, 2019 from San Francisco, CA.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 25, 2019 at San Francisco, CA.

*Attorney Service of San Francisco*
*P.O. Box 460038*
*San Francisco, CA 94146*
*415/495-4221*

_____
Tony Klein RPS: San Francisco #21

**PROOF OF SERVICE**